B - 0 1 - c _ 0 4

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court
Southern District of Texas
FILED

DEC 1 3 2001

Michael N. Milby
Clerk of Court

# United States District Court

| | District |
| --- | --- |
| | Southern District Of Texas |
| Name of Movant   Adalberto Cipple | Prisoner No.   69666-079 | Docket No.   B-95-00223-C |

Place of Confinement
**Federal Prison Camp, P.O. Box 4300, Three Rivers, Texas 78071**

(include name upon which convicted)

UNITED STATES OF AMERICA       v.       **Adalberto Cipple**
(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  **United States District Court, For The Southern District Of Texas, Brownsville Division**

2. Date of judgment of conviction  **April 2, 1996**

3. Length of sentence  **188 Months**

4. Nature of offense involved (all counts)  **Title 21 USC §841(a)(1), §841(b)(1)(A), §841 under (b)(1)(B), §846, and Title 18 USC §2.**

5. What was your plea? (Check one)
   (a) Not guilty      ☐
   (b) Guilty           ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   **N/A**

6. Kind of trial: (Check one)
   (a) Jury        ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO ???
REV n 82

9. If you did appeal, answer the following:

(a) Name of court **United States Court of Appeals, For The Fifth Circuit**

(b) Result **Denied**

(c) Date of result __1997__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court __N/A__

(2) Nature of proceeding __N/A__

(3) Grounds raised __N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result __N/A__

(6) Date of result __N/A__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __N/A__

(2) Nature of proceeding __N/A__

(3) Grounds raised __N/A__

(3)

Case 1:01-cv-00204   Document 1   Filed in TXSD on 12/13/2001   Page 3 of 6

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result _____ N/A

(6) Date of result _____ N/A

(c) As to any third petition, application or motion, give the same information:

(1) Name of court _____ N/A

(2) Nature of proceeding _____ N/A

(3) Grounds raised _____ N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒
(5) Result _____ N/A
(6) Date of Result _____ N/A

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☒
(2) Second petition, etc.    Yes ☐ No ☒
(3) Third petition, etc.      Yes ☐ No ☒

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: **SEE ATTACHED MEMORANDUM OF LAW**

Supporting FACTS (tell your story *briefly* without citing cases or law:
**SEE ATTACHED MEMORANDUM OF LAW**

B. Ground two: **SEE ATTACHED MEMORANDUM OF LAW**

Supporting FACTS (tell your story *briefly* without citing cases or law):
**SEE ATTACHED MEMORANDUM OF LAW**

C. Ground three: **SEE ATTACHED MEMORANDUM OF LAW**

Supporting FACTS (tell your story *briefly* without citing cases or law):
**SEE ATTACHED MEMORANDUM OF LAW**

D  Ground four  **SEE ATTACHED MEMORANDUM OF LAW**

Supporting FACTS (tell your story *briefly* without citing cases or law)
**SEE ATTACHED MEMORANDUM OF LAW**

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

**That Petitiioner's Indictment is constitutionally defective, and**

**that the Court had NO JURISDICTION to impose sentence in light of**

**Apprendi vs New Jersey. The Apprendi vs New Jersey had not been**

**decided and or ruled on until June 26, 2000, this ruling did not**

**existed at the time of my court proceeding.**

14  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  **Attorney At Law, Enrique A. Garza, P.O. Box 951,**

**Hebbronville, Texas 78361**

(b) At arraignment and plea  **Same as the above.**

(c) At trial  **Same as the above.**

(d) At sentencing  **Same as the above.**

AO 240 (Rev. 5/85)

(e) On appeal _____ Same as the above. _____

_____

(f) In any post-conviction proceeding ___ N/A ____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding ___ N/A ___

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

___ N/A _____

_____

(b) Give date and length of the above sentence: ___ N/A ____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Pro Se
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_12-10-2001_
(date)

_____
Signature of Movant