3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ADALBERTO CIPPLE, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-204 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-223-01 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## O R D E R

Petitioner, Adalberto Cipple, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by January 29, 2002.

DONE at Brownsville, Texas, this 17th day of December, 2001.

John Wm. Black
United States Magistrate Judge