IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADALBERTO CIPPLE, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-204 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-223-01 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING PETITION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 22, 2002, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this _13TH_ day of _MARCH_, 2002.

_____
Filemon B. Vela
United States District Judge